LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROGER MICHAEL ALLAN, | No.  EDCV 14 - 06518 SP |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($1,400.00) subject to the terms of the stipulation.

    DATE:  July 20, 2015    _____

                      HON. SHERI PYM
                      UNITED STATES MAGISTRATE JUDGE